1

2

3

4

5                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
6                                AT SEATTLE

LARRY HEGGEM,                          )
7                                      )
                      Plaintiff,       )        Case No. C09-311-JCC-BAT
8                                      )
        v.                             )
9                                      )        SHOW CAUSE ORDER
SNOHOMISH COUNTY, et.al.,              )
10                                     )
                      Defendants.      )
11 _____ )

12          On March 10, 2009, plaintiff, proceeding pro se, filed an application to proceed in forma

13 pauperis (IFP) and a proposed complaint in this 42 U.S.C. § 1983 civil rights action.  Dkt. 1.  By

14 letter dated March 10, 2009, the Clerk informed plaintiff that his IFP application was deficient.

15 Dkt. 3.  On March 19, 2009, the Post Office returned the Clerk's letter with the notation "Return

16 to Sender, Not Deliverable as Addressed, Unable to Forward."  Dkt. 4.  The Clerk attempted to

17 contact plaintiff at the telephone number he provided, but received no answer.  *Id.*

18          Local Rule CR 10(f) requires represented and unrepresented parties to notify the Court of

19 any change of address or telephone number within ten days of the change.  Local Rule CR

20 41(b)(2) further provides:

21          A party proceeding pro se shall keep the court and opposing parties advised as to
            his current address.  If mail directed to a pro se plaintiff by the clerk is returned by
22          the Post Office, and if such plaintiff fails to notify the court an opposing parties
            within 60 days thereafter of his current address, the court may dismiss the action
23          without prejudice for failure to prosecute.

SHOW CAUSE ORDER – 1

Accordingly, the Court ORDERS as follows:

(1)     Plaintiff is directed to SHOW CAUSE why his case should not be dismissed for failure to prosecute.  Plaintiff has a duty to inform the Court of any changes in his address.  *See* Local Rule CR 41(b)(2).  Plaintiff shall inform the Court of his current address and state whether he wishes to continue this action.  Failure to do so will result in dismissal by the district judge assigned to this case.

(2)     The Clerk is directed to note a "Rule 41 dismissal proceeding" on the calendar for **May 22, 2009**.  If plaintiff fails to notify the Court of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule CR 41(b)(2).

(3)     The Clerk is further directed to send copies of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 20th day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

SHOW CAUSE ORDER – 2